**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000811
16-MAY-2013
09:58 AM**

NO. CAAP-11-0000811

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SALLY L. GRIFFITH, Plaintiff-Appellant v.
SEVEN-ELEVEN HAWAII, INC., Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-0343-02)

ORDER APPROVING PLAINTIFF-APPELLANT'S
APRIL 30, 2013 STIPULATION DISMISSING APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the "Stipulation Dismissing Appeal Filed Herein on September 23, 2013 [sic]," filed April 30, 2013, by Plaintiff-Appellant Sally L. Griffith, which the court will review as a stipulation to dismiss the appeal filed herein on November 9, 2011, the papers in support, and the record and files herein, it appears that the stipulation is signed by counsel for all parties appearing on appeal, and specifies that each party is to bear their own costs. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal filed herein on April 30, 2013, is approved and the appeal is dismissed. The parties shall bear their own costs on appeal.

DATED: Honolulu, Hawai'i, May 16, 2013.


Chief Judge

Associate Judge

Associate Judge